# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NICOLE MARKOVIC,<br><br>                Plaintiff,<br><br>v.<br><br>FMS, INC. d/b/a/ OKLAHOMA FMS INC.,<br><br>                Defendant. | Case No. 20-CV-226-JPS<br><br>**ORDER** |

On February 13, 2020, Plaintiff filed a complaint alleging violations of the Fair Debt Collection Practices Act. (Docket #1). That same day, Plaintiff filed a motion to certify class, a motion to stay the motion to certify class, and a motion for relief from the briefing schedule prescribed by the local rules. (Docket #3). Defendant has yet to appear in the case and has not filed an answer. On July 21, 2020, Plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #7). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court will adopt the notice of dismissal.

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #7) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**; and

**IT IS FURTHER ORDERED** that Plaintiff's motion to certify class, to stay the motion to certify class, and for relief from the briefing schedule

prescribed by the local rules (Docket #3) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 22nd day of July, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge